**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Gustavo Ferreira Schlaucher de Souza, <br> Petitioner, <br><br> v. <br><br> Superintendent Moshannon Valley, et. al., <br> Respondents. | Civil No. 26-838 |

## <u>ORDER OF COURT</u>

AND NOW, this 11th day of May, 2026, for the reasons set forth in the memorandum opinion,  IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED IN PART and DENIED IN PART. It is GRANTED in that within ten (10) days of this Order, Petitioner must receive an individualized bond hearing before a neutral immigration judge pursuant to 8 U.S.C. § 1226. Within seven (7) days thereafter, the parties shall provide notice to the court of the outcome of the bond hearing. IT IS FURTHER ORDERED that the petition is DENIED to the extent it requests any additional relief.  The motion to appoint counsel (ECF No. 2) is DENIED as moot.

The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

<u>/s/ Joy Flowers Conti</u>
Joy Flowers Conti
Senior United States District Court Judge